IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELVIN R. SMALL : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-6646 |
| CAROLYN W. COLVIN, : | |
| Commissioner of Social Security : | |

**O R D E R**

**AND NOW**, this  18th  day of   December  , 2015, upon consideration of Magistrate Judge David R. Strawbridge's Report and Recommendation (ECF No. 17), and Plaintiff Melvin R. Small's Objections thereto (ECF No. 19), it is **ORDERED** that the objections are **OVERRULED** and the Report and Recommendation is **APPROVED AND ADOPTED**.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**